IRVING LOVERIDGE PULVER

*v.*

STATE OF ILLINOIS.

*Opinion filed October 2, 1916.*

*Pulver v. State ante* followed.

Herrick, Allen and Martin, for Claimant.

P. J. Lucey, Attorney General, for State.

The facts in this case are set out in the case of *George Marsh Pulver* v. *State of Illinois.*

Claimant is entitled to a refund of $83.62, together with interest from September 13, 1912.

This Court awards the claimant said sum of $82.62, together with interest from September 30, 1912, at three per cent per annum.